## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:06cv97

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JERRY ADAMS, III, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the government's Request for a Rule 26(f) Conference.  Defendant., who is proceeding pro se, is advised that a Rule 26(f) conference is a mandatory hearing at which the court will discuss with the parties a discovery plan and other issues that concern the administration of this civil case. The defendant will be required to attend the hearing and participate in the proceeding.  Having considered the government's request and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Request for a Rule 26(f) Conference  is **GRANTED,** and a Rule 26(f) Conference is calendared for September 14, 2006, at 2 p.m., in Courtroom #2 in Asheville.  The defendant is required to be present for the hearing.

Signed: September 5, 2006

Dennis L. Howell
United States Magistrate Judge