**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06cv97**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **AMENDED** |
| Vs. ) | **ORDER** |
| ) | |
| **JERRY ADAMS, III,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on the government's Request for a Rule 26(f) Conference. Defendant, who is proceeding pro se, is advised that a Rule 26(f) conference is a mandatory hearing at which the court will discuss with the parties a discovery plan and other issues that concern the administration of this civil case. The defendant is required to attend this hearing. This Order changes the hearing date that was set in a previous Order. Having considered the government's request and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Request for a Rule 26(f) Conference is **GRANTED,** and a Rule 26(f) Conference is calendared for **September 28, 2006**, at 2 p.m., in Courtroom #2 in Asheville. The defendant is hereby notified that his attendance is required at this hearing.

Signed: September 5, 2006

Dennis L. Howell
United States Magistrate Judge